AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

[Filed stamp: OCT 15 PM 3:25, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

### OFFENSE CHARGED

18 U.S.C. § 661 - Embezzlement and Theft Within Special Maritime and Territorial Jurisdiction (Two Counts) - (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**DEFENDANT**

▶ RICKY EVERETT

**DISTRICT COURT NUMBER**

CR 07 0648 MAG

**PENALTY:**
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term 1 year
A $25 special assessment fee.

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

U.S. Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO. _____

} MAGISTRATE CASE NO. _____

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution
Northern Oregon Regional Correctional Facility - Adult

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  6/5/2007

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

[FILED stamp: 07 OCT 15 PM 3:25 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| UNITED STATES OF AMERICA, | ) CR No. 07  0648 |
|---|---|
| Plaintiff, | ) VIOLATION: Title 18, United States Code, Section 661 - Theft within Special Maritime and Territorial Jurisdiction (Class A Misdemeanor) |
| v. | ) |
| RICKY EVERETT, | ) |
| Defendant. | ) SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about and between May 4, 2007, and June 7, 2007, in the Northern District of California, within an area of special maritime and territorial jurisdiction of the United States, the defendant,

RICKY EVERETT,

did knowingly and intentionally take and carry away, with the intent to steal and purloin, property belonging to the San Francisco National Park Association and the Golden Gate National Parks Conservancy, to wit: merchandise from the Association gift shop and

INFORMATION

1 | Conservancy book store, in violation of Title 18, United States Code, Section 661, a Class A
2 | Misdemeanor.

DATED: 10/13/07

SCOTT N. SCHOOLS
United States Attorney

_____
GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION